**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| RUDY SERVANDO GONZALEZ ROMERO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CV-123 (WLS) |
| | : | |
| LOWNDES COUNTY, GEORGIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**<u>ORDER</u>**

Previously, on May 4, 2026, the Court denied Plaintiff Rudy Romero's ("Plaintiff") Application to Proceed *In Forma Pauperis* (Doc. 2), finding that he did not meet the poverty requirement of 28 U.S.C. § 1915. The Court ordered Plaintiff to pay the entire statutory filing fee by no later than Monday, May 25, 2026. Plaintiff was warned that failure to comply with the Court's instructions could result in the dismissal of his case. A review of the Docket shows that Plaintiff has not paid the filing fee by the deadline set forth in the Court's prior Order as instructed.

The Court, however, will afford Plaintiff one final opportunity to comply. To proceed with this action, Plaintiff must pay the entire statutory filing fee **within twenty-one (21) days** of the entry of this Order, or **by no later than Friday, June 19, 2026**. Plaintiff is again noticed that, upon failure to timely comply with this Order, his case will be dismissed, without prejudice, without further notice or proceedings.

**SO ORDERED**, this 29th day of May 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**