**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

RUDY SERVANDO GONZALEZ : 
ROMERO, :
            :
     Plaintiff, :
            :
v. :     CASE NO.: 7:26-CV-123 (WLS)
            :
LOWNDES COUNTY, GEORGIA, :
*et al.*, :
            :
     Defendants. :
            :

## <u>ORDER</u>

This matter is before the Court due to Plaintiff's failure to pay the filing fee. Previously, on May 4, 2026, the Court denied Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2), finding that he does not meet the poverty requirement of 28 U.S.C. § 1915. The Court ordered Plaintiff to pay the entire statutory filing fee by May 25, 2026, and warned that failure to comply with the Court's instructions could result in the dismissal of his case. (Doc. 4). When Plaintiff's deadline to pay the filing fee expired without the fee being paid, the Court entered a second Order (Doc. 5) allowing Plaintiff one final opportunity to pay the full filing fee by June 19, 2026. Plaintiff was again warned that failure to timely comply with the Court's Orders could result in his case being dismissed without further notice or proceedings. To date, Plaintiff has failed to comply with the Court's Orders, despite the Court's explicit warnings and instructions. Plaintiff has neither provided an explanation for his failure to pay the filing fee, nor asked the Court for an extension of time to do so.

Because Plaintiff has failed to comply with the Court's Orders or otherwise prosecute his case, his Complaint (Doc. 1) is **DISMISSED**, without prejudice. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

1

Additionally, in light of the dismissal of Plaintiff's Complaint, his Motion for Temporary Restraining Order (Doc. 3) is **DENIED**, as moot.

    **SO ORDERED**, this 25th day of June 2026.

                    **/s/ W. Louis Sands**
                    **W. LOUIS SANDS, SR. JUDGE**
                    **UNITED STATES DISTRICT COURT**